UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-93-MOC-WCM

| | |
|---|---|
| SUMMER WELLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's Consent Motion for Remand to the Commissioner for further administrative proceedings, including further fact-finding and holding a new administrative hearing. (Doc. No. 13).

The Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted. Accordingly, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings, including a new hearing. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Therefore, Defendant's Consent Motion for Remand, (Doc. No. 13), is **GRANTED**. To this extent, Plaintiff's Motion for Summary Judgment, (Doc. No. 11), is **DISMISSED** as moot.

Signed: January 24, 2022

Max O. Cogburn Jr.
United States District Judge